No. 695. GREAT NORTHERN RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* ANNA ROACH, AS ADMINISTRATRIX, ETC. In error to the Supreme Court of the State of Minnesota. Argued January 29, 1917. Decided February 5, 1917. *Per Curiam.* Judgment affirmed with costs upon the authority of *Chicago Junction Railway Co.* v. *King,* 222 U. S. 222; *Seaboard Air Line Railway* v. *Padgett,* 236 U. S. 668; *Great Northern Railway Co.* v. *Knapp,* 240 U. S. 464; *Baltimore & Ohio R. R. Co.* v. *Whitacre, ante,* 169. Mr. A. L. Janes, Mr. E. C. Lindley and Mr. M. L. Countryman for the plaintiff in error. Mr. Ernest W. Michel and Mr. Tom Davis for the defendant in error.

---

No. ——. Original. *Ex parte:* IN THE MATTER OF JOSEPH MARSHALL, PETITIONER. Submitted January 25, 1917. Decided February 5, 1917. Motion for leave to file petition for writ of habeas corpus and that petitioner be admitted to bail denied. Mr. W. C. Bowers, 2d, for the petitioner.